UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

JOEY VALENTINO REYES,

          Defendant.

CASE NO. MJ19-604 BAT

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant appeared after he was arrested on a warrant issued by the Eastern District of Washington for allegedly violating conditions of supervised release. Defendant has long struggled with substance abuse and has repeatedly come before the Court for drug use. Despite spending a significant amount of the year in custody for supervised release violations, it is alleged that within two weeks of release in November 2019, defendant again used controlled substances. Defendant appears to be unable to refrain from drug use and accordingly is ordered detained.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 17th day of December, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge